# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| IBRAHIM BROWN,<br><br>   Petitioner,<br><br>  v.<br><br>JOHN KATAVICH, Warden,<br><br>   Respondent. | No. ED CV 14-1774-DDP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 21, 2015

               HONORABLE DEAN D. PREGERSON
               UNITED STATES DISTRICT JUDGE